IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02384-WYD-BNB

MICHAEL A. COLLINS, individually,

Plaintiff,

v.

MIDLAND FUNDING LLC;
MIDLAND CREDIT MANAGEMENT, INC.; and
FARRELL & SELDIN,

Defendants.

## ORDER

      THIS MATTER is before the Court on the Parties' Stipulation To Dismiss With Prejudice, [24], filed December 9, 2009. The Court having reviewed the stipulation and being fully advised of the premises therein, hereby ORDERS that this case is **DISMISSED WITH PREJUDICE**. Each party is to pay his, her or its own costs and attorneys' fees.

Dated: December 10, 2009

                                             BY THE COURT:

                                             /s/ Wiley Y. Daniel
                                           Chief United States District Judge